# NO. 23-1680

In The

# United States Court Of Appeals
## For The Fourth Circuit

## LATOYA K. BENTON,
### Administrator of the Estate of Xzavier D. Hill, Deceased,

*Plaintiff – Appellant,*

v.

## SETH W. LAYTON, Individually and in his official capacity as a State Trooper for the Virginia State Police;
## BENJAMIN I. BONE, Individually and in his official capacity as a State Trooper for the Virginia State Police,

*Defendants – Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EATERN DISTRICT OF VIRGINIA
AT RICHMOND

————————————

## JOINT APPENDIX
### Volume III of III – Digital Media

————————————

Zachary W. Ezor
TIN FULTON WALKER & OWEN, PLLC
115 East Main Street
Durham, NC 27701
(404) 791-8243

Frederick W. Eberstadt
Erika L. Maley
OFFICE OF THE
  ATTORNEY GENERAL OF VIRGINIA
202 North 9th Street
Richmond, VA 23219
(804) 786-2071

*Counsel for Appellant*

*Counsel for Appellees*

## **TABLE OF CONTENTS**
### Volume I of III

Page:

Docket Entries. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **JA1**

**Amended Complaint**
      **filed June 30, 2022.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **JA9**

**Defendants' Answer to Amended Complaint**
      **filed September 26, 2022.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **JA29**

<u>**Exhibits**</u> **to:**
**Defendants' Memorandum in Support of**
**Their Motion for Summary Judgment**
      **filed February 6, 2023:**

    2.    **Declaration of Benjamin I. Bone**
             **sworn February 5, 2023.** . . . . . . . . . . . . . . . . . . . . . . .  **JA40**

    3.    **Declaration of Seth W. Layton**
             **sworn February 4, 2023.** . . . . . . . . . . . . . . . . . . . . . . .  **JA53**

    4.    **Deposition of Seth W. Layton**
             **taken January 27, 2023.** . . . . . . . . . . . . . . . . . . . . . . .  **JA62**

    5.    **Deposition of Benjamin I. Bone**
             **taken January 12, 2023.** . . . . . . . . . . . . . . . . . . . . . . .  **JA218**

    6.    **Road and Gun, Passenger Seat, Interior**
             **And Interior and Cash Photographs.** . . . . . . . . . . . . . . . . .  **JA360**

Exhibits to:
**Defendants' Memorandum in Support of
Their Motion for Summary Judgment
        filed February 6, 2023, Continued:**

7.      **Declaration of William K. Johnson**
            **taken February 3, 2023**. . . . . . . . . . . . . . . . . . . . . . . **JA380**

8.      **Plaintiff's Responses to Defendants'
Requests for Admission**
            **dated January 13, 2022**. . . . . . . . . . . . . . . . . . . . . . **JA383**

9.      **Virginia State Police Crime Scene Report**
            **completed January 19, 2021.**. . . . . . . . . . . . . . . . . . . **JA398**

10.     **Firearms Trace Summary**
            **completed January 9, 2021.**. . . . . . . . . . . . . . . . . . . . **JA411**

11.     **Declaration of Justin Cowan**
            **taken February 6, 2023**. . . . . . . . . . . . . . . . . . . . . . **JA413**

12.     **Defendants' Request for Admission**
            **dated December 15, 2022**. . . . . . . . . . . . . . . . . . . . . **JA417**

13.     **Virginia State Police Phone Analysis**
            **completed January 9, 2021.**. . . . . . . . . . . . . . . . . . . . **JA431**

14.     **Phone Extraction Report**. . . . . . . . . . . . . . . . . . . . . . . . **JA436**

15.     **Capias**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **JA457**

16.     **Report of Investigation and Autopsy**
            **dated February 23, 2021 and January 11, 2021**. . . . . **JA471**

**TABLE OF CONTENTS**
**Volume II of III**

Page:

**Exhibits** to:
**Defendants' Memorandum in Support of**
**Their Motion for Summary Judgment**
       **filed February 6, 2023, Continued:**

18.   **Plaintiff's Supplemental Responses to**
      **Defendants' First Set of Discovery,**
      **With Attached Emails and Text Messages,**
             **dated January 26, 2023** . . . . . . . . . . . . . . . . . . . . . . . . . . **JA485**

19.   **Plaintiff's Designation of Expert Witness,**
      **With Attached Expert Report,**
             **dated November 28, 2022.** . . . . . . . . . . . . . . . . . . . . . . **JA511**

20.   **Declaration of Michael Caudill**
             **sworn February 3, 2023.** . . . . . . . . . . . . . . . . . . . . . . . **JA534**

21.   **Statement of Trooper B. I. Bone**
             **dated April 28, 2021.** . . . . . . . . . . . . . . . . . . . . . . . . . . **JA537**

22.   **Statement of Trooper Seth W. Layton**
             **dated April 29, 2021.** . . . . . . . . . . . . . . . . . . . . . . . . . . **JA544**

23.   **Collection of Commonwealth's Exhibits** . . . . . . . . . . . . . . **JA550**

24.   **Grand Jury Report**
             **dated February 25, 2021.** . . . . . . . . . . . . . . . . . . . . . . . **JA565**

iii

**Exhibit** to:

**Defendants' Notice re: Memorandum in Support**
     **filed February 6, 2023:**

     17.    Excerpts of Deposition of Kenneth Miller.. . . . . . . . . . . .  **JA577**

**Exhibit** to:

**Defendants' Notice re: Memorandum in Support**
     **filed February 7, 2023:**

     25.    Deposition of Latoya K. Benton
          taken January 24, 2023. . . . . . . . . . . . . . . . . . . . . . . .  **JA609**

**Exhibits** to:

**Plaintiff's Memorandum in Opposition to**
**Defendants' Motion for Summary Judgment**
     **filed February 21, 2023:**

     3.    **Virginia State Police Internal Affairs Report**
          **dated May 19, 2021. . . . . . . . . . . . . . . . . . . . . . . . . .  JA651**

     7.    **Richmond Police Department Internal Affairs**
          **Final Investigative Report**
          **dated November 17, 2020. . . . . . . . . . . . . . . . . . . . .  JA676**

**Exhibit** to:

**Plaintiff's Notice of Correction re: Memorandum in Opposition**
     **filed March 16, 2023:**

     5.    **Declaration of Expert Witness Kenneth Miller,**
          **With Attached Designation of Expert Witness**
          **And Rebuttal Report,**
               **sworn March 13, 2023.. . . . . . . . . . . . . . . . . . .  JA721**

**Exhibit** **to:**
**Defendants' Memorandum in Support of Their**
**Motion to Exclude Expert Testimony**
      **filed March 20, 2023:**

     **1.**     **Email from Gavin Roe to Ms. Askew**
           **dated March 15, 2023.** . . . . . . . . . . . . . . . . . . . . . . . . . **JA753**

**Exhibits** **to:**
**Defendants' Memorandum in Support of Their**
**Motion to Exclude Expert Testimony**
      **filed March 20, 2023:**

     **D.**     **Virginia Beach Police Department**
        **Use of Force Guidelines.**. . . . . . . . . . . . . . . . . . . . . . . . . . . **JA755**

     **E.**     **Excerpts of Deposition of Kenneth Miller.**. . . . . . . . . . . . **JA790**

**Exhibit** **to:**
**Defendants' Supplemental Brief in Support of Their**
**Motion for Summary Judgment**
      **filed April 12, 2023:**

     **A.**     **Complete Transcript of Motion for Summary Judgment**
        **Before the Honorable Henry E. Hudson**
           **on March 29, 2023.** . . . . . . . . . . . . . . . . . . . . . . . . . . . **JA819**

**Memorandum Opinion**
      **filed May 30, 2023.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **JA890**

**Order**
      **filed May 30, 2023.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **JA919**

**Notice of Appeal**
      **filed June 22, 2023.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **JA920**

## **TABLE OF CONTENTS**
**Volume III of III - Digital Media Exhibit**

**Page:**

**I hereby certify the following pursuant to the**
**<u>Digital Media Requirements</u>:**

**<u>Exhibit</u> to:**
**Defendants' Memorandum in Support of**
**Their Motion for Summary Judgment**
**filed February 6, 2023:**

1.   **Dashcam Video - 23-1680.vob**

**This Digital Media is compatible with Windows Media**
**Players and has been confirmed to be Virus-Free Through**
**Virus Scan: Webroot SecureAnywhere**