FILED: February 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1680
(3:22-cv-00225-HEH)

_____

LATOYA K. BENTON, Administrator of the Estate of Xzavier D. Hill, Deceased

    Plaintiff - Appellant

v.

SETH W. LAYTON, Individually and in his official capacity as a State Trooper for the Virginia State Police; BENJAMIN I. BONE, Individually and in his official capacity as a State Trooper for the Virginia State Police

    Defendants - Appellees

_____

O R D E R
_____

The court grants the motion to withdraw Brendan T. Chestnut from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk