FILED: June 25, 2025

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1680
(3:22-cv-00225-HEH)

_____

LATOYA K. BENTON, Administrator of the Estate of Xzavier D. Hill, Deceased

    Plaintiff - Appellant

v.

SETH W. LAYTON, Individually and in his official capacity as a State Trooper for the Virginia State Police; BENJAMIN I. BONE, Individually and in his official capacity as a State Trooper for the Virginia State Police

    Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellant's motion to withdraw from further representation as counsel and to extend the filing time to file a petition for rehearing or rehearing en banc, the court grants the motion. The court accepts the pro se petition for rehearing and rehearing en banc as timely filed.

Entered at the direction of the Judge Benjamin with the concurrence of Judge Thacker and Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk